IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ZAPF CREATION AG.,

   Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

   Defendants.

Case No.: 1:18-cv-6922

Judge Virginia M. Kendall

Magistrate Judge Michael T. Mason

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) on Schedule A with leave to reinstate within ninety (90) days if the agreed settlement payment is not received. After ninety (90) days, the dismissal is with prejudice.

| NO. | DEFENDANT NAME |
|---|---|
| 276 | zyh19872012 |
| 243 | 2017winter2017 |
| 378 | fastshopping2017 |
| 108 | linzhicen |
| 770 | jiechuren |
| 417 | hearmeroarlanny |
| 801 | shilisupply2015 |
| 508 | mashuyuan |
| 614 | sunrisesunset |
| 797 | shanshanshenshen |
| 23 | baloombagstore |
| 435 | houzhibing |
| 797 | shanshanshenshen |
| 498 | Luckybig |
| 637 | vellashow |
| 502 | luoshi2016 |
| 511 | meihua112211@163.com |
| 267 | ustonok |
| 275 | ztyclother |
| 734 | topclothesforsale |

| | |
|---|---|
| 249 | d-sotre |
| 725 | fancyqube09 |
| 244 | 3plazados |
| 247 | clock2018 |
| 63 | fjxxyouth0118 |
| 763 | haijingjinghu |
| 813 | tangleic |
| 400 | goodhh |
| 253 | globalstorehk |
| 3 | dresses-up |
| 245 | belle-poque |
| 265 | topelectronics2010 |
| 735 | valuedressshop |
| 745 | Beauty_Maker |
| 127 | Men_Fashion |
| 167 | shenzhenshioufeidemaoyigongsi |
| 208 | Women Fashion Show |
| 35 | Blue_Sky Store |
| 37 | Bluesea Store |
| 47 | dahaiwuliang |
| 60 | Fashionstyle_man |
| 428 | Home Lover Store |
| 802 | Shoppingmall Store |
| 184 | Sweety Love |
| 806 | sunshineage |
| 28 | Beauty Year |
| 137 | New_style2015 |
| 766 | heymao |
| 716 | Zoraya |
| 740 | 18353478646@163.com |
| 822 | wenxinBeautiful Shop |
| 826 | zhongshuting |
| 527 | MLMH |
| 534 | Myhomeshopping |
| 604 | starsunny |
| 395 | gcy5841314520 |
| 519 | MichelleST |
| 629 | Trevor |
| 710 | zhengyuxiang |
| 178 | summerparty |
| 512 | meimei1988 |
| 505 | Maggie Korean makeup |
| 667 | XFHL |
| 712 | zhouxiaoju |
| 470 | ladeyi |
| 371 | Fang Hong |

| | |
|---|---|
| 487 | liuli_store |
| 758 | Freesion mall |
| 765 | Happy Hut |
| 785 | New Lucky |
| 825 | zhongguodenju |
| 790 | qinpinglinlin |
| 767 | home-mama |
| 318 | Charles' House |
| 559 | Pop_Fashion |
| 376 | fashion_store |
| 365 | Every family needs a machine to work |
| 640 | wangsunhao123hao |
| 602 | Starry Furniture |
| 703 | Zakra |
| 705 | zengyiceng520 |
| 776 | lingfeicuikaiG |
| 516 | Mermaid 's Kiss |
| 599 | Social Shopping |
| 429 | Home Stuff |
| 334 | Comfy_life |
| 337 | counterattack |
| 817 | trend online |
| 816 | treasure657 |
| 749 | Briskaariy |
| 780 | lolitay |
| 88 | Ice Scream |
| 86 | huiling temai |
| 146 | pimingm123youxiang |
| 789 | qianlitiaoyi |
| 827 | zuoyashi |
| 752 | congbinbin |
| 823 | yoisawngge |
| 742 | Arashi |
| 808 | Sup_inn |
| 204 | wanlipu |
| 196 | Vinsaniki |
| 545 | Ohyes Trade |
| 457 | kaitailin |
| 175 | Stephmiller |
| 706 | zhangcuili |
| 74 | hangyubaobei |
| 233 | zhangzhongjie |
| 92 | Island Sunset |
| 98 | Kristy21 |
| 330 | cherrish |
| 198 | wangjing120803 |

| | |
|---|---|
| 111 | liusheng |
| 663 | wuxiyan |
| 77 | hexueqing0926 |
| 16 | Aana2017 |
| 195 | UtterLadyness |
| 236 | zhayuanyuan |
| 203 | wangzhen123 |
| 322 | chenguiying |
| 176 | stylebyanna |
| 66 | ganji |
| 24 | bamboos |
| 560 | Principles |
| 138 | NouCamp |
| 293 | aprilfun |
| 226 | YiPi Trend |
| 494 | LovedLuxuries storefront |
| 678 | xingstars |
| 199 | wangkeqi520 |
| 29 | beecoffee |
| 610 | sunbingxia |
| 189 | tiancong |
| 64 | forgetmenot908 |
| 159 | reqing |
| 193 | Trilby hot |
| 30 | Bengaltiger |
| 556 | PictishPapers |
| 294 | asdfghjkla |
| 42 | chenxu |
| 95 | jiayunpeng12 |
| 61 | fashionzhicoat |
| 677 | xinglongzhuanqian |
| 91 | International Fan |
| 142 | passdowm |
| 469 | laceskong |
| 741 | antyjackjack |
| 51 | dongtianming |
| 494 | LovedLuxuries storefront |
| 183 | suunny |
| 229 | youzidawang123@163.com |
| 277 | 6950 |
| 234 | zhaojia900121 |
| 210 | xiamennitesicoltd |
| 100 | lankyas |
| 547 | onelife |
| 27 | bearbabe |
| 574 | rosekey |

| 96 | kaikaijian |
|---|---|
| 150 | pxloveshop |
| 782 | mazaolin |
| 58 | faddishman |
| 525 | mirrorday |
| 57 | exfall |
| 369 | fanci |
| 700 | yutoo |
| 222 | yaoxiaohui |
| 222 | yaoxiaohui |
| 94 | jiaxiangnan |
| 81 | homethread |
| 80 | hkzhdd |
| 549 | ourtaste |
| 188 | tatiannabella |
| 143 | peggysue.00 |
| 72 | graduator |
| 129 | milkcf |
| 163 | sealavender |
| 191 | toniergirl |
| 579 | SellMax Trade |
| 778 | Lisa outlet |
| 76 | heitu |
| 164 | shanggirl |
| 82 | honeyed |
| 225 | yingxiong |
| 140 | orchidfarm |
| 62 | Feileideite |
| 681 | xuanzi |
| 682 | xumeijing |
| 139 | OlallaShine |
| 345 | debor.lenno |
| 424 | herofun |
| 49 | delcatty |
| 120 | luckychance |
| 291 | ann-yanguang88 |
| 38 | Caeiore |
| 44 | Crazy Gai |
| 157 | Rebecca2 |
| 824 | zengrong |
| 529 | moshanhua |
| 387 | franckolivier |
| 751 | clement |
| 162 | sanjiedoor |
| 109 | liuhui884 |
| 18 | ailianshuojingpindian |

| 239 | zzg |
|---|---|
| 238 | zhoulinghong1 |
| 220 | yang feng |
| 105 | lili zhang |
| 642 | wangxiaohui |
| 53 | dongyunxia |
| 84 | huiaq |
| 186 | tanhao |
| 466 | KKingdom |
| 145 | Phinehas |
| 145 | Phinehas |
| 93 | jdjhru5478 |
| 324 | chenliliang |
| 54 | dress4yourlife |
| 554 | peanut |
| 125 | m18252902344@163.com |
| 693 | yjf1236mail@163.com |
| 134 | momsmoney04 |
| 185 | tancaimei |
| 78 | heyongkui |
| 340 | daizhiwei |
| 323 | chenigh |
| 221 | yangzaie |
| 450 | jingrongdianzi03 |
| 133 | Momoda House |
| 201 | wangronghua11 |
| 200 | wanglixia |
| 107 | lintaofushi |
| 531 | motou |
| 151 | qiaochen123 |
| 79 | highest&coolman |
| 158 | renjiandong |
| 115 | lizailin |
| 488 | liuliumei |
| 52 | dongxiaoxin |
| 205 | weiyaoyao |
| 116 | LIZHI&GONG.STORE |
| 85 | HUICAICOLOR-FAMILY |
| 147 | pinkwawas |
| 36 | BlueRaincoat |
| 497 | luckboy1023 |
| 576 | saga |
| 571 | rainaccessories_98 |
| 171 | smubme2004 |
| 19 | artpanda |
| 131 | Ming hing bully clothing |

| 99  | kujata515 |
|---|---|
| 106 | linsbay |
| 68  | gegewu |
| 492 | longshower |
| 118 | loman_eva |
| 34  | birdyk |
| 89  | ihbuy-jewerly |
| 366 | EveryDayLifeStore |
| 67  | gardon |
| 595 | smart4u |
| 132 | mjumil8 |
| 406 | guanhziyang01_6 |
| 32  | bijani |
| 55  | duyingying |
| 112 | liushuanga |
| 202 | wangxiaoye |
| 501 | luoni |
| 177 | sudongxia |
| 486 | liuhui338 |
| 668 | xhngjuiybhuy |
| 218 | y18238111092@163.com |
| 683 | xupeisong |
| 408 | guowjuan |
| 46  | CYHchenyanhui |
| 122 | luojuanj |
| 113 | lixiaoyuna |
| 136 | neimengyuansu |
| 25  | bayinselin |
| 161 | s0phine |
| 104 | licaixia549 |
| 768 | honggouqi |
| 40  | chendongmei520 |
| 148 | poiuytrewq |
| 182 | suqirr |
| 490 | liuzuxind |
| 207 | wkling |
| 101 | lanlanxiandian |
| 666 | wyx3583 |
| 22  | baicaioutlets |
| 153 | qiaolijuan |

DATED:  December 20, 2018 	Respectfully submitted,

> */s/ Keith A. Vogt*
> Keith A. Vogt, Esq. (Bar No. 6207971)
> Keith Vogt, Ltd.
> 1033 South Blvd., Suite 200
> Oak Park, Illinois 60302
> Telephone: 708-203-4787
> E-mail:  keith@vogtip.com
>
> ***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 20, 2018 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

> */s/ Keith A. Vogt*
> Keith A. Vogt, Esq.